# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:14CR206 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | JUDGMENT |
| | ) | |
| AARON R. RUSSELL, | ) | |
| | ) | |
| Defendant. | ) | |

In accordance with the Memorandum and Order issued this date,

IT IS ORDERED:

1. The Defendant's Motion to Proceed In Forma Pauperis, ECF No. 189, is granted;

2. The Court has completed the initial review of the Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody ("§ 2255 motion"), ECF No. 188;

3. Upon initial review, the Court finds that the Defendant's § 2255 motion should be summarily dismissed;

4. The Defendant's Motion Under 28 U.S.C. §2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody, ECF No. 188, is dismissed; and

5. The Clerk will mail a copy of this Memorandum and Order to the Defendant at his last known address.

DATED this 4th day of January, 2017.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge